IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00913-TPO

LEVENT TUNCEL,
Individually and on behalf of all others similarly situated,

      Plaintiff,

v.

ZYNEX, INC.,
THOMAS SANDGAARD, and
DANIEL MOORHEAD,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 5, 2025.**

Before the Court is Defendant Zynex, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead [ECF 9]. In the Motion, Defendant represents that the Parties have conferred and agreed that Defendant Zynex should be granted an extension until after a lead plaintiff is appointed and lead counsel approved pursuant to the Private Securities Litigation Reform Act, 15 U.S.C § 78u-4 ("PSLRA"), and after any Amended Complaint is filed. ECF 9 ¶ 3. For good cause shown, Defendant Zynax's deadline to answer or otherwise respond is **stayed** pending conclusion of the 60-day notice period and appointment of lead plaintiff and lead counsel.

**Within 14 days** of an Order appointing lead plaintiff and approving lead counsel, counsel for Defendant shall confer with prospective lead counsel and jointly submit a proposed schedule for amending the complaint and setting a deadline to answer or otherwise respond.