# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00913-TPO

LEVENT TUNCEL,
Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

ZYNEX, INC.,
THOMAS SANDGAARD, and
DANIEL MOORHEAD,

   Defendants.

---

## UNOPPOSED JOINT MOTION TO VACATE RULE 16(b) CONFERENCE AND RELATED DEADLINES

---

Plaintiffs Levent Tuncel ("Plaintiff") and Defendants Zynex, Inc. ("Zynex"), Thomas Sandgaard, and Daniel Moorhead ("Defendants") by and through their undersigned counsel and D.C.COLO.LCivR 6.1 and 7.1(c), hereby jointly move the Court to vacate the Fed. R. Civ. P. 16(b) conference set for July 1, 2025 at 1:30 p.m. The specific relief sought and the facts demonstrating good cause include the following:

1.   On March 20, 2025, Plaintiff filed his Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint," ECF No. 1), alleging violations of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq*.

1

2.      On April 7, 2025, the Court scheduled a Rule 16(b) Scheduling Conference for July 1, 2025 at 1:30 p.m. and ordered the parties to file a Proposed Scheduling Order by June 24, 2025. *See* ECF No. 5.

3.      On May 5, 2025, the Court granted Defendant Zynex's unopposed motion, staying Zynex's deadline to respond to the Complaint pending conclusion of the appointment of lead plaintiff and lead counsel and directing counsel for Defendant and lead counsel to confer and jointly submit a proposed schedule for amending the Complaint and filing Defendants' response thereto. ECF No. 10.

4.      On May 19, 2025, Plaintiff filed a motion seeking appointment as lead plaintiff and approval of lead counsel pursuant to the PSLRA. *See* ECF No. 11.

5.      The PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B).

6.      The Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will respond with a motion to dismiss.

7.      The Parties respectfully submit that the Rule 16(b) conference should be vacated until after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss Plaintiff's amended complaint.

8.      This is the first request for continuance of the Rule 16(b) conference.

DATED: June 20, 2025

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Pavithra Rajesh*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Plaintiff Levent Tuncel and Proposed
Lead Counsel for the Class*

**POLSINELLI PC**

*/s/ Jennifer Evans*
Jennifer Evans
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
T: (303) 572-9300
jevans@polsinelli.com

*Counsel for Defendants Zynex, Inc.,
Thomas Sandgaard and Daniel Moorhead*