**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00913-TPO

LEVENT TUNCEL,
Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

ZYNEX, INC.,
THOMAS SANDGAARD, and
DANIEL MOORHEAD,

   Defendants.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION TO VACATE RULE
16(b) CONFERENCE AND RELATED DEADLINES**

---

Having reviewed the Unopposed Joint Motion to Vacate Rule 16(b) Conference and

Related Deadlines, and good cause appearing therefor, it is hereby ordered that:

1.  The Rule 16(b) conference set for July 1, 2025 at 1:30 p.m. is vacated sine die.

Dated: _____       _____

             Hon. Timothy P. O'Hara
             United States Magistrate Judge