IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00913-SKC-TPO

LEVENT TUNCEL,
Individually and on behalf of all others similarly situated,

       Plaintiff,

v.

ZYNEX, INC.,
THOMAS SANDGAARD, and
DANIEL MOORHEAD,

       Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 25, 2025.**

The Parties' Unopposed Joint Motion to Vacate Rule 16(b) Conference and Related Deadlines [ECF 14] is **granted.** The Scheduling Conference, set for July 1, 2025, at 1:30 p.m. is hereby **vacated**. Defendants anticipate filing a Motion to Dismiss.[1] Accordingly, pursuant to the PSLRA, absent a motion seeking particularized discovery, all discovery and proceedings, including the Rule 16(b) Scheduling Conference are **stayed** pending resolution of the forthcoming Motion to Dismiss. 15 U.S.C. § 78u-4(b)(3)(B).

Within 7 days of either: (1) Defendants filing a responsive pleading, or (2) if Defendants file a Motion to Dismiss, and the Court issues a ruling denying such motion in whole or in part, the Parties shall file a motion to set a Rule 16(b) Scheduling Conference.

---

[1] The Court previously stayed Defendants' response deadline, pending appointment of lead plaintiff and approval of lead counsel. ECF 10.