**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00913-SKC-TPO

LEVENT TUNCEL,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

ZYNEX,INC.
THOMAS SANDGAARD, and
DANIEL MOORHEAD,

      Defendants.

---

**SUGGESTION OF BANKRUPTCY BY DEFENDANT ZYNEX, INC.**

---

**PLEASE TAKE NOTICE**, that on December 15, 2025, Defendant Zynex, Inc. and its

debtor affiliates, as debtors and debtors in possession, (collectively, the "*Debtors*") filed

voluntary petitions for relief under Chapter 11, Title 11, of the United States Code, 11 U.S.C.

§§101, et seq. in the United States Bankruptcy Court for the Southern District of Texas (these

"*Chapter 11 Cases*")[1]. A file-marked copy of the Chapter 11 petitions, along with their

accompanying papers, is attached hereto as **"Exhibit A"** and incorporated herein.

**PLEASE TAKE FURTHER NOTICE** that the automatic stay under 11 U.S.C. § 362

became effective on December 15, 2025, upon the filing of the Chapter 11 Cases.

Respectfully submitted,

/s/   Michael J. Garvey
Michael J. Garvey

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Ave.
New York, NY
Tel. (212) 455-7358
mgarvey@stblaw.com

*Attorneys for Defendant Zynex, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal
tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516);
Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056);
Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors'
service for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A
complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the
Debtors' claims and noticing agent at https://dm.epiq11.com/Zynex.