IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 25-cv-00913-SKC-TPO

LEVENT TUNCEL,
Individually and on Behalf of All Others Similarly Situated

        Plaintiff

v.

ZYNEX, INC.,
THOMAS SANDGAARD, and
DANIEL MOORHEAD

        Defendants

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ZYNEX, INC. ONLY

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Levent Tuncel ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Zynex, Inc. without prejudice.

For the avoidance of doubt, Plaintiff is not dismissing his claims against any other defendants.

DATED: December 19, 2025        Respectfully submitted,

        **GLANCY PRONGAY & MURRAY LLP**

        */s/ Pavithra Rajesh*
        Pavithra Rajesh
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        prajesh@glancylaw.com

        *Counsel for Plaintiff Levent Tuncel*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with this Court on December 19, 2025 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Pavithra Rajesh*
Pavithra Rajesh

2