**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00913-SKC-TPO

LEVENT TUNCEL, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

THOMAS SANDGAARD, and
DANIEL MOORHEAD,

   Defendants.

---

**LEAD PLAINTIFF LEVENT TUNCEL'S NOTICE OF RELATED CASE**

---

Pursuant to D.C.COLO.LCivR 3.2(b)(1), Lead Plaintiff Levent Tuncel hereby provides notice that the following actions are related because they have common facts and claims and have at least one party in common:

(i) *Tuncel v. Sandgaard, et al.*, 1:25-cv-00913-SKC-TPO ("*Tuncel* Action"); and

(ii) *Beidel v. Sandgaard, et al.*, 1:26-cv-00714-DDD-KAS ("*Beidel* Action").

Both actions concern the issuance of materially false and/or misleading statements that failed to disclose: "(a) that Zynex shipped products, including electrodes, in excess of need; (b) that, as a result of this practice, the Company inflated its revenue; (c) that the Company's practice of filing false claims drew scrutiny from insurers, including Tricare; . . . (h) that, as a result, it was reasonably likely that Zynex would face adverse consequences, including removal from insurer networks and penalties from the federal government; and (i) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis." *Tuncel* Action, ECF No. 1, ¶7; *Beidel* Action, ECF No. 1, ¶18.

Common facts include the statements that are allegedly false and/or misleading and the disclosures that revealed the truth. *Tuncel* Action, ECF No. 1, ¶¶19-28, 30-33, 35-36; *Beidel* Action, ECF No. 1, ¶¶67-69, 72, 75, 79, 83, 87-89, 99-101, 107, 112-113. Common claims include violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Common defendants include Thomas Sandgaard and Daniel Moorhead.

Respectfully submitted,

Dated: February 25, 2026

*/s/ Pavithra Rajesh*
**GLANCY    PRONGAY    WOLKE    &
    ROTTER LLP**
Robert V. Prongay

1

Casey E. Sadler
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Levent Tuncel and
Lead Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and accompanying declaration, exhibits, and proposed order were filed with this Court on February 25, 2026 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*s/ Pavithra Rajesh*
Pavithra Rajesh

1