**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00913-SKC-TPO

LEVENT TUNCEL, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

THOMAS SANDGAARD, and
DANIEL MOORHEAD,

      Defendants

---

Civil Action No. 1:26-cv-00714-DDD-KAS

KENT BEIDEL, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

THOMAS SANDGAARD,
ANNA LUCSOK,
DANIEL MOORHEAD,
BARRY D. MICHAELS,
MICHAEL CRESS, and
JOSHUA DISBROW,

      Defendants.

---

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO
CONSOLIDATE RELATED ACTIONS AND TO VACATE THE APRIL 21, 2026
DEADLINE IN THE *BEIDEL* ACTION**

---

Having considered the Lead Plaintiff's Motion to Consolidate Related Actions and to Vacate the April 21, 2026 Deadline in the *Beidel* Action (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Fed. R. Civ. Proc 42(a), the above-captioned actions are consolidated for all purposes under the caption *In re Zynex, Inc. Securities Litigation*, Case No. 1:25-cv-00913-SKC-TPO.

3.    The April 21, 2026 deadline in the *Beidel v. Sandgaard, et al.* action is vacated.

4.    Within five days of this Order, Lead Plaintiff Levent Tuncel shall cause to be issued a notice in a widely circulated national business-oriented publication or wire service stating that the April 21, 2026 deadline has been vacated.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. TIMOTHY P. O'HARA
UNITED STATES MAGISTRATE JUDGE

1