# TUNCEL'S EXHIBIT 1

## Pavithra Rajesh

| | |
|---|---|
| **From:** | Pavithra Rajesh |
| **Sent:** | Monday, March 2, 2026 10:57 AM |
| **To:** | 'T.J. McKenna' |
| **Cc:** | Casey Sadler; Beth Keller; Larry Paskowitz (lpaskowitz@pasklaw.com); Greg Egleston; Chris Brain; Lesley Portnoy; Rob Prongay |
| **Subject:** | RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex) |

TJ,

We are clearly at an impasse, and it is not productive to discuss your shifting positions. We will note your opposition.

Pavithra

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Monday, March 2, 2026 7:19 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Larry Paskowitz (lpaskowitz@pasklaw.com) <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Pavithra:
Thank you for your time on the telephone on Friday and for your email below. There are, however, some inaccuracies in your email, albeit unintended, I am sure.

First, the purpose of the call was for the plaintiffs to discuss the motions being considered without allowing the defendants to listen in and gather information that could be used to support their defenses. At no time did we seek to "extract a percentage of the case" from you. Those words were never used by me nor was that subject even raised. What was raised was our position that your client's complaint failed to advance many claims and failed to assert the full class period of available claims, leaving many shareholders with no remedy, but for the filing of our complaint. My question to you was whether you thought your firm and our firm could work together to protect all the prospective class members, rather than fighting among ourselves to the delight of the defendants. I still look forward to your firm's answer to that question.

Your complaint that we have not served the defendants yet is misplaced as the Federal Rules give us ninety days or more to effect service. See FRCP 4(m).  And, it is the "institution" of the complaint that determines whether a claim is timely. See 28 USC Sec. 1658 (action must be "brought" within repose period"); Merck & Co. v. Reynolds, 559 U.S. 633, 635 (2010) (action need only be "instituted" within repose period); Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Manning, 578 U.S. 374, 381 (2016)("Brought" means "commenced").

Finally, you have not addressed why it would be fair to the holders of millions of shares of Zynex stock to never have a chance to receive notice of the new claims, or the larger class period, and to attempt to recover their losses. Congress expressed a preference for wide notice to be given to all affected investors, and for plaintiffs with the largest financial interest to lead PSLRA cases.

We believe that any motion for consolidation should be made at the conclusion of the new notice period applying to our action. We also believe that any effort by you to suppress the ability of other Zynex shareholders to come forward to seek lead plaintiff status pursuant to the claims and class period asserted in our complaint is unwarranted. If you make a

1

motion seeking such relief we will oppose it and we will cross move to vacate Mr. Tuncel's appointment as lead plaintiff and to reopen said appointment to all Zynex shareholders affected by the claims and the class period articulated in our complaint.

Sincerely,
TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Friday, February 27, 2026 3:47 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

TJ, Greg,

You asked for a call outside the presence of Defendants "so as to prevent handing defendants arguments they might later use against the plaintiffs or the Class," but the only purpose of the call was to extract a percentage of the case.

The positions you've taken are entirely inconsistent with each other. For example, you claim that the two actions have "different and same facts" and cannot be consolidated, yet you want to "work together." You're claiming that there are issues with the statute of repose and the statute of limitations that you have supposedly cured by filing the complaint, yet you have not bothered to serve the named defendants. You claim that Tuncel cannot amend his complaint to allege a class period beginning in February 2021, but you also stated that is an issue to "go back and look at because it's a nuanced argument."

We reject your proposal to work together in some unspecified manner. Even if the appropriate start for the class period is February 25, 2021 and even if the statute of repose has expired, consolidation of the cases would allow Tuncel to bring those claims in his forthcoming amended complaint.

We have complied with our requirement to meet and confer prior to filing our motion to consolidate the actions and to vacate the lead plaintiff deadline in the *Beidel* Action. We will represent your opposition to Tuncel's requested relief.

Thanks,
Pavithra

---

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Friday, February 27, 2026 10:10 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Ok – coming on - thx

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Friday, February 27, 2026 1:09 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

I'm on now

---

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Friday, February 27, 2026 10:03 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Pavithra: I am not having any call with defendants today. I have not even served them in my case yet. You speak to them if you wish, and then we can have our private call. What time should we convene it? TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Friday, February 27, 2026 12:58 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Let's just dial-in to the plaintiffs call after we get off the phone with defendants, thanks.

---

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Friday, February 27, 2026 9:53 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Pavithra: Just to be safe, here is our dial in. What time shall we have the private plaintiff call:  1:15 pm ET today? 1:30 pm ET today?

1-888-394-8197  //  Guest code: 486629

Thanks. TJ

3

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Friday, February 27, 2026 12:45 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

We can end the group call and dial back to the same number for the Plaintiffs-only call. If you prefer to send a different dial-in, that's fine.

---

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Friday, February 27, 2026 9:41 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Pavithra: ok, good, I am free from 1 pm ET to 2:15 pm ET today. At what time a bit after 10 am PT / 1 pm ET should we have our private Pltf call, and what number should we dial?  Or should I send around a dial in? TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Friday, February 27, 2026 11:27 AM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

TJ,

I'm confused what it is you wish to discuss privately. Yesterday, you said it was to discuss tolling the claims pled within the *Beidel* complaint, and I responded that we would need to hear Defendants' position on that. Your co-counsel agreed, stating "I like it." Now you seem to be raising a different issue.

Nevertheless, we're happy to meet and confer among plaintiffs only if it could avoid burdening the Court with unnecessary motion practice, and we can do so shortly after the scheduled 1pm ET call. To be clear, we do not agree to keep such discussions confidential. As your email readily states, the Court should be apprised of our efforts to narrow or resolve the dispute.

Thanks,
Pavithra

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Friday, February 27, 2026 6:02 AM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>; Rob Prongay <RProngay@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

Pavithra:

We understand that the primary purpose of the pre-motion conference under D.C.COLO.MJ V.1 is to determine whether an intended motion can be avoided or, if not, the issues narrowed. *See Bautista v. MVT Servs.,* Civil Action No. 16-cv-01086-NYW, 2017 U.S. Dist. LEXIS 79752, at *13 (D. Colo. Mar. 20, 2017)("The purpose of these meet and confer provisions is to require the Parties to actually discuss, in a meaningful manner, whether compliance *or a compromise may be reached* without court intervention.")(emphasis added).

Disputes between representative plaintiffs are not uncommon, and are often meaningfully addressed by plaintiffs' counsel outside the earshot of defense counsel, so as to prevent handing defendants arguments they might later use against the plaintiffs or the Class. That danger is present here as the anticipated motions concern vacating and re-opening the lead plaintiff appointment.  Only if the motion cannot be avoided, or if the issues cannot be narrowed, is it necessary to understand what each party's position may be.  But that comes only after the most directly impacted parties have made a good faith effort to avoid the motion--to determine if "a compromise may be reached".

Accordingly, as to any motion that concerns the defendants, we will meet and confer with them in a similar spirit. If you refuse to meet and confer privately with your fellow plaintiffs only, we will so note your refusal, and we reserve our right to have the threatened motion struck for refusal to adequately confer prior to making it.  We remain available to meet and confer with you privately and confidentially at the time you offered,  shortly thereafter or (if that is not possible) on Monday.
Thank you.
TJ
*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Thursday, February 26, 2026 6:55 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

We'd need Defendants' position on tolling the claims, so let's talk about it during the meet and confer with everyone.

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Thursday, February 26, 2026 3:11 PM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** Re: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

The newly filed complaint and the expanded claims being asserted and tolled for the benefit of prospective class members.

Sent from my iPhone

On Feb 26, 2026, at 4:35 PM, Pavithra Rajesh <PRajesh@glancylaw.com> wrote:

What is the nature of the discussion you want to have?

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Thursday, February 26, 2026 1:04 PM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

PLTF ONLY:

Pavithra: We have matters we wish to only discuss with fellow plaintiffs' counsel so as not to prejudice the prospective class of shareholders. We can have a second call w/ defense counsel after we speak. Please let us know if you are available for a plaintiffs' only call at the time you originally suggested of 10 am PT / 1 pm ET tomorrow?  If not, please suggest another time.  Thank you. TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Thursday, February 26, 2026 3:57 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

TJ, please do not exclude Defendants from these discussions. We need to include their position(s) on the forthcoming motions.

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Thursday, February 26, 2026 12:27 PM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

PLTF ONLY;

6

Pavithra:
Something has come up on my schedule for tomorrow, but I can have a call at the beginning of your suggested window of 10am PT / 1 pm ET, if that is still available for you? If yes, please confirm and I will have the Teams invite sent for a call tomorrow at 10 am PT / 1 pm ET.

Thanks.
TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** T.J. McKenna
**Sent:** Thursday, February 26, 2026 10:41 AM
**To:** 'Pavithra Rajesh' <PRajesh@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.) (Zynex)

PLTF ONLY:

Pavithra: We are thinking that for this first call , we only need the plaintiff attorneys on the line. We will also want to meet and confer with you on our contemplated Cross-Motion to Vacate the Appointment of Tuncel as Lead Plaintiff and To Reopen the PSLRA Lead Plaintiff and Lead Counsel Selection process. 12:30 pm PT/3:30 pm ET should work for me for this first call.

My office will send a Teams invite.  Thanks.
TJ

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Sent:** Wednesday, February 25, 2026 4:58 PM
**To:** T.J. McKenna <TJMcKenna@gme-law.com>; Coates Lear <coateslear@sgslitigation.com>; pschwartz@sgslitigation.com; rfisher@nixonpeabody.com; zcunha@nixonpeabody.com; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.)

We are available 10am-1pm PT on Friday.

---

**From:** T.J. McKenna <TJMcKenna@gme-law.com>
**Sent:** Wednesday, February 25, 2026 12:05 PM
**To:** Coates Lear <coateslear@sgslitigation.com>; Pavithra Rajesh <PRajesh@glancylaw.com>; pschwartz@sgslitigation.com; rfisher@nixonpeabody.com; zcunha@nixonpeabody.com; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Lesley Portnoy <lesley@portnoylaw.com>

**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.)

Counsellors:
At the present time, we do not consent to consolidation. Please suggest some times when counsel for Mr. Tuncel (and anyone else interested in participating) is available on Friday or Monday to discuss.

Thank you.
TJ McKenna

*Thomas J. McKenna   Gainey McKenna & Egleston   260 Madison Avenue, 22nd Floor, New York, NY 10016 Tel: 212-983-1300 / Fax: 212-983-0383*

---

**From:** Coates Lear <coateslear@sgslitigation.com>
**Sent:** Wednesday, February 25, 2026 3:01 PM
**To:** Pavithra Rajesh <PRajesh@glancylaw.com>; pschwartz@sgslitigation.com; rfisher@nixonpeabody.com; zcunha@nixonpeabody.com; T.J. McKenna <TJMcKenna@gme-law.com>; Greg Egleston <egleston@gme-law.com>; Chris Brain <cbrain@gme-law.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>; Beth Keller <bkeller@keller-lawfirm.com>; Lesley Portnoy <lesley@portnoylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** Re: Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.)

On behalf of Daniel Moorhead, we do not object to the proposed consolidation.

Coates

Coates Lear
Shoemaker Ghiselli + Schwartz LLC
(303) 923-8680 (Direct)
www.sgslitigation.com

---

**From:** Pavithra Rajesh <PRajesh@glancylaw.com>
**Date:** Wednesday, February 25, 2026 at 12:18 PM
**To:** Coates Lear <coateslear@sgslitigation.com>, pschwartz@sgslitigation.com <pschwartz@sgslitigation.com>, rfisher@nixonpeabody.com <rfisher@nixonpeabody.com>, zcunha@nixonpeabody.com <zcunha@nixonpeabody.com>, McKenna T.J. <tjmckenna@gme-law.com>, Gregory M. Egleston <gegleston@gme-law.com>, Chris Brain <cbrain@gme-law.com>, Laurence Paskowitz <lpaskowitz@pasklaw.com>, Beth Keller <bkeller@keller-lawfirm.com>, Lesley Portnoy <lesley@portnoylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** Tuncel v. Sandgaard; Beidel v. Sandgaard (D. Colo.)

Counsel,

I write on behalf of Lead Plaintiff Levent Tuncel to meet and confer pursuant to D.C.COLO.LCivR 7.1(a) before Tuncel files a motion seeking (i) to consolidate the actions captioned *Tuncel v. Sandgaard* and *Beidel v. Sandgaard*; and (ii) to vacate the lead plaintiff deadline announced by plaintiff Kent Beidel.

8

Both of these actions seek relief on behalf of Zynex investors against Zynex insiders for allegedly violating the Securities Exchange Act of 1934. As a result, both actions involve common facts and legal issues, and consolidation is proper under Fed. R. Civ. Proc. 42(a). Tuncel has already been appointed as lead plaintiff to represent Zynex investors for these claims, so the April 21, 2026 deadline announced by Beidel is redundant.

Please promptly advise your position on this motion. If there is a substantive disagreement, please provide your availability for a telephonic conference pursuant to D.C.COLO.MJ V.1.

Thanks,
Pavithra

_____

Pavithra Rajesh
Partner
Glancy Prongay Wolke & Rotter LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Direct:  310-201-9158
Fax:    310-201-9160
prajesh@glancylaw.com
www.glancylaw.com

_____

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.