# TUNCEL'S
# EXHIBIT 2

**Mar 20, 2025 8:59 PM Eastern Daylight Time**

# ZYXI CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Zynex, Inc. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the District of Colorado, captioned *Tuncel v. Zynex, Inc., et al.,* Case No. 25-cv-00913, on behalf of persons and entities that purchased or otherwise acquired Zynex, Inc. ("Zynex" or the "Company") (NASDAQ: ZYXI) securities between **March 13, 2023 and March 11, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR ZYNEX INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On June 4, 2024, medical journal STAT published a report on Zynex entitled "How a device maker inundated pain patients with unwanted batteries and surprise bills." The report claimed Zynex engaged in an "oversupplying scheme" by sending inordinate amounts of monthly supplies like electrode pads and batteries in order to "bill insurers for thousands of dollars more than it otherwise could." The report further revealed that, as a result of this practice, insurers were "kicking the company out of network."

On this news, Zynex's stock price fell $0.50 per share, or 5%, to close at $9.35 per share on June 4, 2024, on unusually heavy trading volume.

On March 11, 2025, after the market closed, Zynex reported its fourth quarter and full year 2024 financial results, revealing a significant revenue "shortfall" in the quarter "due to slower than normal payments from certain payers." Zynex further revealed "Tricare has temporarily suspended payments as they review prior claims." Tricare is the health insurance program for the U.S. military.

On this news, Zynex's stock price fell $3.59 per share, or 51.3%, to close at $3.41 per share on March 12, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Zynex shipped products, including electrodes, in excess of need; (2) that, as a result of this practice, the Company inflated its revenue; (3) that the Company's practice of filing false claims drew scrutiny from insurers, including Tricare; (4) that, as a result, it was reasonably likely that Zynex would face adverse consequences, including removal from insurer networks and penalties from the federal government; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Zynex securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**    Class Action Lawsuit    Professional Services    Legal



**GLANCY PRONGAY & MURRAY LLP**

⤴ NASDAQ:ZYXI