TUNCEL'S
EXHIBIT 7

**Source:** *Gainey McKenna & Egleston*

*February 20, 2026 20:00 ET*

# Gainey McKenna & Egleston Announces A Class Action Lawsuit Has Been Filed Zynex, Inc. (ZYXIQ)

NEW YORK, Feb. 20, 2026 (GLOBE NEWSWIRE) -- Gainey McKenna & Egleston announces that it has filed a securities class action lawsuit in the United States District Court for the District of Colorado on behalf of all persons or entities who purchased or otherwise acquired Zynex, Inc. ("Zynex" or the "Company") (OTC: ZYXIQ) securities between February 25, 2021 to December 15, 2025, inclusive (the "Class Period").

The Complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, the Complaint alleges that Defendants failed to disclose to investors that: (a) Zynex shipped products, including electrodes, in excess of need; (b) as a result of this practice, the Company inflated its revenue; (c) the Company's practice of filing false claims drew scrutiny from insurers, including Tricare; (d) on August 21, 2023, Travelers commenced an action against Zynex, Sandgaard, Lucsok and Fox in the Superior Court of California alleging that Zynex and the defendants had embarked on a fraudulent overbilling scheme and sought more than $23 million in damages and civil penalties relating to hundreds of fraudulent claims between 2018 and 2023; (e) management had prioritized aggressive sales strategies to drive orders over compliance with industry laws, rules and regulations; (f) the Company was not committed to maintaining a strong internal control environment; (g) the Company's order growth was a result of illegal overbilling; (h) as a result, it was reasonably likely that Zynex would face adverse consequences, including removal from insurer networks and penalties from the federal government; and (i) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Investors who purchased or otherwise acquired shares of Zynex should contact the Firm prior to the **April 21, 2026** lead plaintiff motion deadline. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to discuss your rights or interests regarding this class action, please contact Thomas J. McKenna, Esq. or Gregory M. Egleston, Esq. of Gainey McKenna & Egleston at (212) 983-1300, or via e-mail at tjmckenna@gme-law.com or gegleston@gme-law.com.

Please visit our website at http://www.gme-law.com for more information about the firm.