# TUNCEL'S EXHIBIT 8



***Source:*** *Portnoy Law*

*April 29, 2025 18:13 ET*

# Zynex, Inc. Investors: Please contact the Portnoy Law Firm to recover your losses; May 19, 2025 Deadline to file Lead Plaintiff Motion

*Investors can <u>contact</u> the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, April 29, 2025 (GLOBE NEWSWIRE) -- <u>The Portnoy Law Firm</u> advises **Zynex, Inc.** ("Zynex" or the "Company") (NASDAQ: ZYXI) investors of a class action representing investors that bought securities between **March 13, 2023 and March 11, 2025,** inclusive (the "Class Period"). Zynex investors have until **May 19, 2025 to file a lead plaintiff motion.**

Investors are encouraged to contact attorney <u>Lesley F. Portnoy</u>, by phone 310-692-8883 or <u>email</u>: <u>lesley@portnoylaw.com</u>, to discuss their legal rights, or <u>click here</u> to join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

The class action lawsuit against Zynex, Inc. alleges that the company and certain of its executives made materially false or misleading statements and/or failed to disclose key information during the Class Period. Specifically, the complaint asserts that:
(i) Zynex shipped medical products, including electrodes, in quantities that exceeded patient needs;
(ii) this practice led to inflated revenue figures;
(iii) the submission of potentially improper claims attracted scrutiny from insurers, including Tricare; and

(iv) as a result, Zynex faced a heightened risk of negative consequences, such as exclusion from insurer networks and possible penalties from federal agencies.

The lawsuit further cites a report published by STAT on June 4, 2024, titled "How a device maker inundated pain patients with unwanted batteries and surprise bills." The report alleged that Zynex operated an "oversupplying scheme" by routinely sending excessive quantities of supplies such as electrode pads and batteries, thereby enabling the company to bill insurers for significantly more than what would be justified under standard usage. Following the release of this report, Zynex's stock declined by more than 5%, according to the complaint.

Additionally, on March 11, 2025, Zynex announced its financial results for the fourth quarter and full year 2024, disclosing a notable revenue shortfall attributed to "slower than normal payments from certain payers." The company also revealed that Tricare had temporarily suspended payments pending a review of previous claims. Following this announcement, Zynex's stock price fell by more than 51%, according to the lawsuit.

Please visit our website to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.
Admitted CA and NY Bar
lesley@portnoylaw.com
310-692-8883
www.portnoylaw.com

Attorney Advertising