# TUNCEL'S
# EXHIBIT 10

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 27, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **ZYNEX, INC.**, *et al.*, | § § § | **Case No. 25-90810 (ARP)** |
| **Debtors.**[1] | § § § | **(Jointly Administered)** |
| | § § | |

### AGREED ORDER ENFORCING THE AUTOMATIC STAY

Upon the emergency motion (the "**Motion**")[2] of the above-captioned debtors and debtors

in possession (collectively, the "**Debtors**") for entry of an order, pursuant to section 362(a) of the

Bankruptcy Code, enforcing the Automatic Stay in the Lawsuits and imposing the application of

the Automatic Stay to the D&Os, as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334

and the *Order of Reference to Bankruptcy Judges*, General Order 2012-6 (S.D. Tex. May 24, 2012)

(Hinojosa, C.J.); and the Court having found that this is a core proceeding pursuant to 28 U.S.C.

§ 157; and the Court having found that it may enter a final order consistent with Article III of the

United States Constitution; and the Court having found that venue of the Chapter 11 Cases and

related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due

and proper notice of the Motion having been provided to the Notice Parties, such notice having

been adequate and appropriate under the circumstances, and it appearing that no other or further

notice need be provided; and the Court having reviewed and considered the Motion; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion, and at the Hearing establish just cause for the relief granted herein; and all objections and reservations of rights filed or asserted in respect of the Motion, if any, having been withdrawn, resolved, or overruled, in each case, with prejudice; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**

1.      The D&O Lawsuits listed in this paragraph 1 are stayed in their entirety, including the plaintiffs' claims against the D&Os (the "**Stayed Lawsuits**") until the earlier of (i) the effective date of the Debtors' chapter 11 plan, or (ii) a further Order of this Court:

(i)     *Ayers v. Sandgaard*, case no. 1:25-CV-02117-TPO, pending in the United States District Court for the District of Colorado;

(ii)    *Graziano v. Sandgaard*, case no. 1:25-CV-02499-RMR-CYC, pending in the United States District Court for the District of Colorado; and

(iii)   *Arbel v. Sandgaard*, case no. 2025CV032793, pending in the Colorado District Court, Arapahoe County.

2.      Nothing in this Order shall prejudice the right of any party to seek relief in this Court related to the D&O Lawsuits.

3.      Nothing in this Order shall prejudice any rights or interests of Covered D&Os related to the Zynex D&O Insurance Program or GAIG Policy.

4.      The Motion is granted in part with respect to the case captioned *Allstate Insurance Company, et. al., v. Zynex, Inc.*, case no. 1:25-CV-04815, pending before the United States District Court for the Eastern District of New York (the "**Allstate Lawsuit**") solely to the extent that Allstate Insurance Company ("**Allstate**") shall not direct or serve any discovery on any of the Debtors or their current management team prior to March 31, 2026.  For avoidance of doubt, the

- 2 -

stay is only extended to discovery directed at the Debtors and their current management team prior to March 31, 2026, and does not alter or amend any other rights by any party; nothing in this order stays the Allstate Lawsuit for any other purpose, which may otherwise proceed notwithstanding anything in this order.  Specifically, nothing in this order prohibits Allstate from proceeding in the Allstate Lawsuit against defendants Thomas Sandgaard, Daniel Moorhead, and Anna Luscok, including sending discovery requests to such defendants or to other third-parties who are not the Debtors or Debtors' current management team to the fullest extent authorized in the Allstate Lawsuit and by the United States District Court for the Eastern District of New York (the "**Eastern District Court**"). Such defendants' rights to challenge such discovery requests in the Eastern District Court are unaffected by this order.

5.    Notwithstanding anything contained herein to the contrary, this Order shall not stay the case captioned *Tuncel v Sandgaard*, case no. 1:25-CV-00913, pending in the United States District Court for the District of Colorado (the "**Tuncel Lawsuit**"), **provided that** the plaintiff in the Tuncel Lawsuit shall be prohibited from seeking, serving, or enforcing any discovery of any kind from any party for a period of sixty (60) days from the entry of this Order, or for such period as discovery is stayed pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.* (the "**PSLRA**"), whichever period is longer. Nothing herein shall be construed to limit, shorten, or otherwise modify any discovery stay imposed by the PSLRA, nor to permit discovery prior to the expiration of all applicable statutory stays.  All non-debtor parties to the Tuncel Lawsuit reserve all rights with respect to the Tuncel Lawsuit. Plaintiff further reserves the right to seek to lift the PSLRA discovery stay as to the non-Debtors.

6.    Any Bankruptcy Rule or Bankruptcy Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7.      The Debtors are authorized to take any action deemed necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

8.      The Court shall retain exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 27, 2026

Alfredo R Pérez
United States Bankruptcy Judge

**AGREED TO BY:**

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
Dylan T.F. Ross (24104435)
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75230
Telephone:      (469) 680-4200
Facsimile:      (469) 680-4299
Email:      oalaniz@reedsmith.com
            dylan.ross@reedsmith.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
Elisha D. Graff (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
Rachael Foust (admitted *pro hac vice*)
Zachary Weiner (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone:      (212) 455-2000
Facsimile:      (212) 455-2502
Email:      egraff@stblaw.com
            moshe.fink@stblaw.com
            rachael.foust@stblaw.com
            zachary.weiner@stblaw.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

-and -

*/s/ J. Ryan Yant*

J. Ryan Yant
**CARLTON FIELDS LLP**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone:  (813) 229-4925
Facsimile:  (813) 229-4133
Email:      ryant@carltonfields.com

*Counsel to Allstate Insurance Company*

-and -

*/s/ Tristan E. Manthey*

Tristan E. Manthey
**FISHMAN HAYGOOD LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:  (504) 556-5561
Facsimile:  (504) 389-6008
Email:      tmanthey@fishmanhaygood.com

*Counsel to Tuncel*