IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00913-TPO

LEVENT TUNCEL,
Individually and on behalf of all others similarly situated,

      Plaintiff,

v.

THOMAS SANDGAARD, and
DANIEL MOORHEAD,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 17, 2026.**

The Parties Joint Motion to Set Pleading Deadlines [ECF 44] is **granted**. Within **14 days** of an Order on Plaintiff's Motion to Consolidate [ECF 43], Plaintiff shall file an amended complaint. Defendants shall file a responsive pleading within **60 days** of service of the forthcoming amended complaint.

Should Defendants file a Motion to Dismiss, Plaintiff shall file a response within **45 days** of service of such Motion to Dismiss. Defendants may then reply within **30 days** of Plaintiff's response.