**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00913

LEVENT TUNCEL,

          Plaintiff,

v.

THOMAS SANDGAARD
and DANIEL MOORHEAD,

          Defendants.

---

**NOTICE OF RELATED CASES**

---

Pursuant to Local Rule 3.2(a), Defendant Thomas Sandgaard hereby notifies the Court of the following cases that have common facts and claims to the above-captioned matter and at least one party in common: (1) *Beidel v. Sandgaard, et al.*, Case No. 1:26-cv-00714-DDD-KAS (D. Colo.); (2) *Albert v. Sandgaard, et al.*, Case No. 1:26-cv-00387-NRN (D. Colo.); (3) *Allstate v. Sandgaard, et al.*, Case No. 1:25-cv-4915-DLI-CHK (E.D.N.Y.); and (4) *United States v. Sandgaard, et al.*, Case No. 1:26-cr-00005-JJM-PAS (D.R.I.).

The *Beidel* and *Albert* cases, like this matter, assert federal securities law claims against Defendants Sandgaard and Moorhead (and others), alleging that they engaged in a fraudulent billing scheme in order inflate the revenue and profits of Zynex, Inc. ("Zynex"). *See, e.g.*, *Beidel* ECF No. 1 ¶ 18; *Albert* ECF No. 1 ¶¶ 1-2. Similarly, the *Allstate* case asserts RICO claims against Defendants Sandgaard and Moorhead (and

1

others) based on an alleged scheme to defraud by submitting false and fraudulent records and bills. *See, e.g., Allstate* ECF No. 13 ¶¶ 1-9.

The facts and allegations in these civil matters also overlap with the criminal indictment, which alleges that Defendants Sandgaard and Lucsok "orchestrated a fraud scheme to obtain millions of dollars by fraud from government and private health care payors and patients, as well as to defraud investors in Zynex by concealing that the company's billings and revenues were driven by fraud." *U.S. v. Sandgaard, et al.*, ECF No. 3 ¶¶ 4-10. The complaints in the *Beidel* and *Albert* cases both reference and describe the allegations in the indictment in detail. *See, e.g.*, *Beidel*, ECF No. 1 ¶¶ 3, 16-17, 37, 121 (discussing and attaching indictment); *Albert*, ECF No. 1 ¶ 19 ("The following is alleged on information and belief, based on the allegations of the Indictment."); ¶ 57 ("Based on the Indictment, plaintiff alleges the following on information and belief."). The complaint in this matter, which predates the indictment, also includes similar facts and allegations. *See, e.g., Tuncel*, ECF No. 1 ¶¶ 7, 19-33.

Dated this 23rd day of March, 2026.

NIXON PEABODY LLP

By:    *s/ Zachary A. Cunha*
Zachary A. Cunha
Nixon Peabody LLP
One Citizens Place, Suite 500
Providence, RI 02903-1345
(401) 454-1025
zcunha@nixonpeabody.com

Robert A. Fisher
Nixon Peabody LLP
Exchange Place, 53 State Street
Boston, MA 02109
(617) 345-1335
rfisher@nixonpeabody.com

2

*Attorneys for Defendant Thomas Sandgaard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2026, a true and accurate copy of the foregoing was filed and served via CM/ECF on all counsel of record.

*s/ Zachary A. Cunha*