**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00913

LEVENT TUNCEL,

          Plaintiff,

v.

THOMAS SANDGAARD
and DANIEL MOORHEAD,

          Defendants.

---

**DEFENDANT THOMAS SANDGAARD'S REPONSE TO MOTION TO
CONSOLIDATE RELATED ACTIONS AND TO VACATE APRIL 21, 2026
DEADLINE IN THE *BEIDEL* ACTION**

---

Defendant Thomas Sandgaard submits this response in support of Plaintiff

Levent Tuncel's motion (ECF No. 43) to consolidate this action with *Beidel v.

Sandgaard, et al.*, No. 26-cv-00714 (D. Colo.). For the reasons stated in Tuncel's

motion and Defendant Daniel Moorhead's response (ECF No. 50), Sandgaard supports

the consolidation of these actions and respectfully requests that the Court grant

Tuncel's motion.

     Dated this 24th day of March, 2026.

                       NIXON PEABODY LLP

                       By:    *s/ Zachary A. Cunha*
                            Zachary A. Cunha
                            Nixon Peabody LLP
                            One Citizens Place, Suite 500
                            Providence, RI 02903-1345
                            (401) 454-1025
                            zcunha@nixonpeabody.com

1

Robert A. Fisher
Nixon Peabody LLP
Exchange Place, 53 State Street
Boston, MA 02109
(617) 345-1335
rfisher@nixonpeabody.com

*Attorneys for Defendant Thomas
Sandgaard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, a true and accurate copy of the foregoing was filed and served via CM/ECF on all counsel of record.

*s/ Zachary A. Cunha*