# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00913-SKC-TPO

LEVENT TUNCEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THOMAS SANDGAARD, and
DANIEL MOORHEAD,

Defendants

---

## NOTICE OF FILING THE MOTION OF KENT BEIDEL TO REOPEN PSLRA LEAD PLAINTIFF PROCESS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL IN THE RELATED *BEIDEL* ACTION

---

Kent Beidel, plaintiff in Case No. 1:26-cv-00714-SKC-TPO (the "*Beidel* Action"), hereby gives notice that on April 21, 2026 he filed the Motion of Kent Beidel to Reopen PSLRA Lead Plaintiff Process and for Appointment as Lead Plaintiff and Approval of His Selection of Counsel ("Motion to Reopen/Appoint") in the *Beidel* Action.  Under 15 U.S.C. § 78u-4(a)(3)(B)(ii), the pending motion to consolidate in this action (ECF No. 43) is to be resolved prior to Beidel's Motion to Reopen/Appoint.

Dated: April 21, 2026                    **GAINEY McKENNA & EGLESTON**

By: */s/ Thomas J. McKenna*
    Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300

Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

***Proposed Lead Counsel for Plaintiff and the Putative Class***

**JOHNSON FISTEL, PLLP**
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: (303) 861-1764
Email: jeffb@johnsonfistel.com

***Liaison Counsel for Plaintiff and the Putative Class***

**THE PASKOWITZ LAW FIRM, P.C.**
Laurence D. Paskowitz
The Contour
97-45 Queens Blvd., Ste. 1202
Rego Park, NY 11374
Telephone: (212) 685-0969
Email: lpaskowitz@pasklaw.com

**LAW OFFICES OF BETH A. KELLER, P.C.**
118 North Bedford Road, Ste. 100
Mount Kisco, New York 10549
Telephone: (914) 752-3040
Email: bkeller@keller-lawfirm.com

**PORTNOY LAW FIRM**
Lesley Portnoy
28310 Roadside Drive, Suite 244
Agoura Hills, CA 91301
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

***Additional Counsel for Plaintiff Beidel***

2

## CERTIFICATE OF SERVICE

I, Thomas J. McKenna, hereby certify that on April 21, 2026 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

*/s/ Thomas J. McKenna*
Thomas J. McKenna